UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:18-cv-00214

Name of party requesting extension: Staples, Inc.

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 6/6/2018

Number of days requested:  ☑ 30 days  ☐ 15 days  ☐ Other ____ days

New Deadline Date: 7/27/2018   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Nicholas G. Papastavros

State Bar No.: BBO No. 635742

Firm Name: DLA Piper LLP (US)

Address: 33 Arch Street, 26th Floor
Boston, MA 02110-1447

Phone: (617) 406-6000

Fax: (617) 406-6100

Email: nick.papastavros@dlapiper.com

A certificate of conference does not need to be filed with this unopposed application.